**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHMAN R RUSHING, | Case No. 5:20-01247 AB (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Dismissing Action for Failure to Prosecute and Comply with Court Orders IT IS HEREBY ADJUDGED that the above-captioned case is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED:  March 30, 2021

THE HONORABLE ANDRE BIROTTE, JR.
United States District Judge